**BERGER WEBB HONE & ROGIN, LLP**
ATTORNEYS AT LAW
7 TIMES SQUARE, 27TH FLOOR
NEW YORK, NEW YORK 10036
(212) 319-1900

Charles S. Webb III
Steven A. Berger
Thomas E. Hone
Jonathan Rogin

Fax
(212) 319-2017
(212) 319-2018

www.bergerwebb.com

September 15, 2026

**BY ECF**

**MEMO ENDORSED**

Hon. Sidney H. Stein
United States District Judge
Southern District of New York
500 Pearl Street, Courtroom 23A
New York, New York 10007

Re: *Kelly v. Farol Asset Management, LLP, et al.*
(Case No. 26-cv-06667) (SHS)

Dear Judge Stein:

I represent Plaintiff Douglas Kelly in the referenced action. I am writing with the consent of Defendants Farol Asset Management, LLP, Farol Fund GP II, LP and Robert Azeke, to request a one-week extension, from November 12, 2026 to November 19, 2026, of the Initial Pretrial Conference in this action. The requested extension is necessary because I currently have an arbitration hearing scheduled at FINRA from November 9, 2026 through November 13, 2026. No prior request for any such extension has been made.

Thank you for Your Honor's courtesies in this matter.

Respectfully submitted,

Jonathan Rogin

cc: Michael Tremonte, Esq. (by ECF)

**The conference is adjourned to November 24, 2026, at 11:30 a.m.**

**Dated: New York, New York**
**September 15, 2026**

**SO ORDERED:**

**Sidney H. Stein, U.S.D.J.**

100038.1