UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

DOUGLAS KELLY,

Plaintiff,

v.

FAROL ASSET MANAGEMENT, LP, FAROL FUND GP II, LP and ROBERT AZEKE,

Defendants.

26-CV-6667 (SHS)

ORDER

SIDNEY H. STEIN, U.S. District Judge.

In light of the motion to dismiss the amended complaint (Dkt. No. 23) filed by all defendants on November 20, 2026,

IT IS HEREBY ORDERED that the initial pretrial conference scheduled for November 24, 2026, at 11:30 a.m. is adjourned sine die.

Additionally, in light of plaintiff's assertion that this Court has subject matter jurisdiction pursuant to 28 U.S.C. § 1332 because this case is between citizens of different states and the amount in controversy exceeds $75,000, (Dkt. No. 18),

IT IS HEREBY ORDERED that defendant Robert Azeke declare under oath his state of citizenship at the commencement of this action, and defendants Farol Asset Management, LP and Farol Fund GP II, LP declare under oath the citizenship of each of their general and limited partners at the commencement of this action. All defendants are directed to submit the required declarations by November 30, 2026.

Dated: New York, New York
November 23, 2026

SO ORDERED:

Sidney H. Stein, U.S.D.J.